# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

132608

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JEFFREY HODGES and GAIL HODGES,
  Plaintiffs-Appellants,

v

            SC: 132608
            COA: 270165
            Washtenaw CC: 06-000050-NH

BRIAN RICHARD HALLSTROM, M.D.,
ST. JOSEPH MERCY HOSPITAL,
ANN ARBOR, TRINITY HEALTH-
MICHIGAN, and ORTHOPEDIC
SURGERY ASSOCIATES, an assumed
name for Orthopedic Surgery Associates,
P.C.,
    Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the October 26, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Apsey v Memorial Hosp* (Docket No. 129134), 477 Mich 120 (2007).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk